# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| FOUR STAR CONSTRUCTION CO., ) | |
| D & T EMERALD CREEK, INC., ) | |
| ) | Case No.: 08-cv-12939 |
| Plaintiffs, ) | Hon. Avern Cohn |
| ) | |
| ) | Magistrate Judge Mona K. Majzoub |
| vs. ) | |
| ) | |
| FINANCIAL FEDERAL CREDIT INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER GRANTING DEFENDANT FINANCIAL FEDERAL CREDIT INC.'S MOTION TO DISSOLVE PRELIMINARY INJUNCTION

This matter having come before the Court upon the Defendant Financial Federal Credit Inc.'s Motion to Dissolve Preliminary Injunction, the Plaintiffs having filed their response, the parties having presented oral argument, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Order Granting Plaintiffs' Motion for Injunctive Relief entered by the Macomb County Circuit Court in Case No. 08-002577-CK on June 30, 2008 (the "State Court Order") is hereby vacated and is of no force or effect; and

IT IS FURTHER ORDERED that the injunctive relief granted by the State Court Order is dissolved in its entirety.

SO ORDERED.

Dated: September 04, 2008        s/Avern Cohn
                                 Hon. Avern Cohn

1600180.01